IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:16-CR-47-AWA-DEM |
| KENNETH JOHN DEINES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING <u>UNDER SEAL</u>
DEFENDANT'S SUPPLEMENTAL POSITION STATEMENT WITH
REGARD TO SENTENCING FACTORS**

Defendant Kenneth John Deines ("Defendant"), through counsel, hereby files under seal Defendant's Supplemental Position Statement with Regard to Sentencing Factors with Exhibit A (Character Letters), also under seal.

Respectfully submitted this the 27th day of October, 2016.

>    */s/ William P.H. Cary*
>    William P.H. Cary
>    Virginia State Bar No. 16342
>    wcary@brookspierce.com
>    */s/ Kearns Davis*
>    Kearns Davis, admitted *pro hac vice*
>    N.C. State Bar No. 22014
>    kdavis@brookspierce.com
>    BROOKS, PIERCE, MCLENDON,
>    HUMPHREY & LEONARD, LLP
>    150 Fayetteville Street
>    1600 Wells Fargo Capitol Center
>    Raleigh, NC 27601
>    Telephone (919) 839-0300
>    Fax (919) 839-0304

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 27th day of October, 2016.

                                            */s/ William P.H. Cary*
                                            William P.H. Cary
                                            Virginia State Bar No. 16342
                                            wcary@brookspierce.com
                                            BROOKS, PIERCE, MCLENDON,
                                            HUMPHREY & LEONARD, LLP
                                            150 Fayetteville Street
                                            1600 Wells Fargo Capitol Center
                                            Raleigh, NC 27601
                                            Telephone (919) 839-0300
                                            Fax (919) 839-0304