IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Case No. 2:16-CR-47-AWA-DEM |
| KENNETH JOHN DEINES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO FILE <u>UNDER SEAL</u>**
**DEFENDANT'S SUPPLEMENTAL POSITION STATEMENT WITH**
**REGARD TO SENTENCING FACTORS**

Defendant Kenneth John Deines ("Defendant"), through counsel, respectfully moves this Court for an order providing that Defendant's Supplemental Position Statement with Regard to Sentencing Factors be filed under seal and that the document should remain under seal.

Respectfully submitted this the 27th day of October, 2016.

*/s/ William P.H. Cary*
William P.H. Cary
Virginia State Bar No. 16342
wcary@brookspierce.com
*/s/ Kearns Davis*
Kearns Davis, admitted *pro hac vice*
N.C. State Bar No. 22014
kdavis@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1600 Wells Fargo Capitol Center
Raleigh, NC 27601
Telephone (919) 839-0300
Fax (919) 839-0304

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 27th day of October, 2016.

                                                      */s/ William P.H. Cary*
                                                      William P.H. Cary
                                                      Virginia State Bar No. 16342
                                                      wcary@brookspierce.com
                                                      BROOKS, PIERCE, MCLENDON,
                                                      HUMPHREY & LEONARD, LLP
                                                      150 Fayetteville Street
                                                      1600 Wells Fargo Capitol Center
                                                      Raleigh, NC 27601
                                                      Telephone (919) 839-0300
                                                      Fax (919) 839-0304